UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                                                                **RE:   STACI RUEH**
                                                                    **Docket Number: 1:03CR05234-01 OWW**
                                                                    **RESTITUTION ORDER**

Your Honor:

On January 5, 2004, the defendant appeared before the Court for Judgment regarding the violation of 18 USC 287, False Claim to an Agency of the United States. She was sentenced to 24 months probation, mandatory drug testing, and a $100 special assessment. In addition to standard conditions of probation, she was also ordered to: submit to warrantless searches, provide requested financial information, not incur new credit without permission and cooperate with the Internal Revenue Service (IRS) regarding the repayment of monies that remain uncollected.

The defendant is set to terminate from probation on January 4, 2006.

The probation office contacted a representative from the IRS who advised that the defendant owed $2,950 as restitution. The defendant has since submitted full payment to the U.S. District Court Clerk's Office.

The clerk's office indicates, since there is no specific restitution order, they cannot release the money to the IRS. The Judgment and Commitment Order states the defendant must cooperate with the IRS in the repayment of monies, but does not specifically indicate an amount.

**Re:    STACI RUEH**
**Docket Number:   1:03CR05234-01 OWW**
**<u>RESTITUTION ORDER</u>**


To remedy the situation, it is recommended that the Court order the clerk's office to disburse the $2,950 that they are holding to the Internal Revenue Service (see proposed order on page 3).

If there are any questions, the Court is welcome to contact the undersigned at (661) 861-4422.

                              Respectfully submitted,

                              /s/ Rick C. Louviere

                              **RICK C. LOUVIERE**
                              **Supervising United States Probation Officer**

Dated:        December 30, 2005
                 Bakersfield, California
                 RCL

cc:     Jonathan B. Conklin
        Assistant United States Attorney

        Ann H. Voris
        Defense Counsel

**Re: STACI RUEH**
    **Docket Number:  1:03CR05234-01 OWW**
    <u>**RESTITUTION ORDER**</u>

**THE COURT ORDERS:**

The U.S. District Court Clerk's office to disburse $2,950 as restitution to the Internal Revenue Service-FDC, Attention Don Anderson, P.O. Box 12947, Fresno, California 93779.

| | |
|---|---|
| January 5, 2006 | /s/ OLIVER W. WANGER |
| Date | **Signature of Judicial Officer** |